_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-00835-FWS-E                               Date: March 6, 2026
Title: Hani Labib Karas v. David Marin

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Petitioner:          Attorneys Present for Respondent:

Not Present                                Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO RESPONDENT'S COUNSEL TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT ISSUE**

On February 24, 2026, the court granted Petitioner Hani Labib Karas's Application for Temporary Restraining Order and Preliminary Injunction.  (Dkt. 8 ("TRO").)  The court ordered the following: (1) Respondent David Marin, Warden of Adelanto Immigration and Customs Enforcement Detention Facility "to release Petitioner from custody on or before **February 26, 2026, at 1:00 p.m. Pacific Standard Time**," "under the terms and conditions existing as if Petitioner had not been detained"; (2) "Respondent to provide Petitioner with a copy of th[e] [TRO] on or before **February 26, 2026, at 1:00 p.m. Pacific Standard Time**"; and (3) Respondent "to show cause in writing on or before **March 2, 2026,** as to why the court should not issue a preliminary injunction."  (*Id.* at 7.)

The same day, Respondent filed a Notice of Appearance of Counsel Patrick J. Kearney. (Dkt. 7.)  Respondent did not show cause in writing as to why the court should not issue a preliminary injunction in this case despite being ordered to do so on or before March 2, 2026. A hearing on the issue of whether a preliminary injunction should issue is set for March 12, 2026, at 10:00 a.m., in Courtroom 10D.  (TRO at 7.)

On March 4, 2026, the court ordered Respondent's counsel Patrick J. Kearney to file a response to the TRO on or before March 5, 2026, at 10:00 a.m., and also address whether Respondent complied with court's order that Respondent "release Petitioner from custody on or before February 26, 2026, at 1:00 p.m. Pacific Standard Time" and "provide Petitioner with a

_____

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-00835-FWS-E                          Date: March 6, 2026
Title: Hani Labib Karas v. David Marin

copy of th[e] [TRO] on or before February 26, 2026, at 1:00 p.m. Pacific Standard Time."
(Dkt. 13 ("Compliance Order") at 1.)  The court warned Mr. Kearney that the next failure to
comply with the court's orders will result in the court ordering Mr. Kearney to show cause why
Mr. Kearney should not be sanctioned for subsequent failures to comply with the court's orders.

At the time of this Order, Mr. Kearney has not complied with the TRO or Compliance
Order.  Based on the record, as applied to the relevant law, Respondent's counsel is
**ORDERED TO SHOW CAUSE** in writing on or before **March 9, 2026,** at **2:00 p.m.**, why
Respondent's counsel should not be sanctioned for failing to comply with the TRO and
Compliance Order.  **Failure to comply with the court's order to show cause in writing may
result in the court issuing appropriate sanctions.**

_____